# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LADELL STEPHENS,<br><br>         Plaintiff,<br><br>    v.<br><br>KERRY KUNZ,<br><br>         Defendant. | NO. CV 19-1008-AB (KS)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint (the "Complaint"), all of the records herein, Defendant's Motion to Dismiss (the "Motion") and the parties' related briefing, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing Objections to the Report has passed, and no Objections have been filed with the Court. Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that the Motion is GRANTED and the Complaint is DISMISSED with prejudice and without leave to amend.

DATED:     December 6, 2019           _____
                                                                  ANDRE BIROTTE JR.
                                                                  UNITED STATES DISTRICT JUDGE