JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LADELL STEPHENS,** | ) NO. CV 19-1008-AB (KS) |
|     **Plaintiff,** | ) |
|     v. | ) **JUDGMENT** |
| **KERRY KUNZ,** | ) |
|     **Defendant.** | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: December 6, 2019

_____
ANDRE BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1